# VIOLATION NOTICE

| | |
|---|---|
| Violation Number | R 3206777 |
| Officer Name (Print) | SSgt Dwayne Dussey |
| Officer No | DE 10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 01/30/2007 | DE 11§ 840 Shoplifting |

Place of Offense: Dover AFB Exchange Bldg #266, Dover AFB

Offense Description: Shoplifting

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone (302) |
|---|---|---|---|
| Cadiz | Miguel | P | |

Street Address: [redacted]

| City | State | Zip Code |
|---|---|---|
| Magnolia | DE | 19962-0000 |

| Driver License No | DL State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | DE | 8137 | 1930 |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair Blk | Eyes Brn | Height 5'6" | Weight 165 |
|---|---|---|---|---|---|

## VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | VIN | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT →

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court, 844 King St, Wilmington DE 19801, Attn: Magistrate

Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 30 JANUARY, 20 07 while exercising my duties as a law enforcement officer in the 436 Sec. Forces District of Kent County

Your honor on 30 January 2007, while on patrol, I responded to the AAFES Base Exchange for a report of a shoplifting. Made contact with Mr. Burgess of Loss Prevention, detained suspect (Miguel Cadiz), brought him to 436 SFS Bldg. 910 AND Further processed individual. Upon interview suspect said he didn't intend to shoplift.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 01/30/2007  [signature]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____  [signature]
Date (mm/dd/yyyy)  U.S. Magistrate Judge

CVB Scan 2/9/2007 11:33:50

**REDACTED**