## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA :**

      **Plaintiff,**        **:**

      **v.**           **:**   **VIOLATION NOTICE NO.** *R 3206777*

    *Miguel P. Cadiz* **:**              *07-132M*

      **Defendant.**     **:**

## MOTION AND ORDER TO DISMISS

    **NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for ___*Miguel P. Cadiz*___.

 

COLM F. CONNOLLY
United States Attorney

BY: _____

NICHOLAS D. CARTER, Captain, USAF
Special Assistant United States Attorney

DATE: November 14, 2007

**IT IS SO ORDERED** this __*14th*__ day of ___*November*___ 2007.

FILED

NOV 1 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge